# United States Court of Appeals

## For the First Circuit

---

No. 00-2585

RASAC OLUFEMI OPERE,

Petitioner,

v.

UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on October 2, 2001, is amended as follows:

On page 5, line 8, insert "suspension of" after "statutorily eligible for."